Case 4:20-cv-04305   Document 16   Filed 03/21/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JORDAN JOHNSON, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:20-CV-04305 |
| MICHAEL J. ADAMS, PC, | § § § | |
| Defendant. | § | |

## ORDER

The Parties in this case have filed an Agreed Stipulation of Dismissal with Prejudice (Doc. 15). In accordance with that Stipulation and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 21st day of March, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE